WALTER A. WARD, Respondent, v. TRAUTS REALTY CORPORATION, Defendant, and JOURNAL OF COMMERCE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply

to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.